UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REO Capital Investment and Asset Management, Inc., <br><br>  Plaintiff, <br><br>  v. <br><br> Julia Mary Sotelo, et al., <br><br>  Defendants. | Case No.: 3:12-cv-05721-JCS <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO REMAND [Dkt. No. 4].** |

Having read and considered Plaintiff REO Capital Investment and Asset Management Inc., ("Plaintiff") Motion to Shorten Time for Hearing on Motion to Remand, and finding good cause, the Court ORDERS:

1) Plaintiff's Motion to Shorten Time is GRANTED;
2) The hearing on the motion to remand shall take place in Courtroom G (15th Floor) on December 7, 2012, at 9:30a.m.
3) All papers opposing the motion to remand must be filed and served by December 5, 2012, at 9:30a.m.
4) There will be no reply.

IT IS SO ORDERED.

Dated: November 26, 2012

_____
Joseph C. Spero
United States Magistrate Judge