UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REO Capital Investment and Asset
Management, Inc.,

          Plaintiff,

      v.

Julia Mary Sotelo, et al.,

          Defendants.

Case No.: 3:12-cv-05721-JCS

**ORDER GRANTING PLAINTIFF'S
MOTION TO SHORTEN TIME FOR
HEARING ON MOTION TO REMAND
[Dkt. No. 4].**

Having read and considered Plaintiff REO Capital Investment and Asset Management Inc., ("Plaintiff") Motion to Shorten Time for Hearing on Motion to Remand, and finding good cause, the Court ORDERS:

1) Plaintiff's Motion to Shorten Time is GRANTED;

2) The hearing on the motion to remand shall take place in Courtroom G (15th Floor) on December 7, 2012, at 9:30a.m.

3) All papers opposing the motion to remand must be filed and served by December 5, 2012, at 9:30a.m.

4) There will be no reply.

IT IS SO ORDERED.

Dated: November 26, 2012

_____
Joseph C. Spero
United States Magistrate Judge