# WILLBANKS & WOOD

### A Professional Law Corporation
1047 South Tracy Boulevard
Tracy, California 95376

Glenn A. Willbanks
Chad J. Wood

Tel. (209)830-9191
Fax (209)830-9199
www.whw-law.com

December 4, 2012

United State District Court
Northern District of California
Atten: Honorable Joseph C. Spero
450 Golden Gate Ave., Courtroom G-15th Floor
San Francisco, CA 94102

   Re:  REO Capital Investment et al. vs Sotelo
       District Court Case No. 3:12-cv-05721-JCS

Dear Honorable Joseph C. Spero:

  Please consider my request to appear telephonic for the hearing on Friday December 7, 2012, at 9:30 a.m., for the above mentioned case.

  If you should have any questions or wish to grant this request, my contact information is (209) 830-9191.

        Yours Truly

        WILLBANKS & WOOD, PLC

By:          
        CHAD J. WOOD,
        Attorney for REO Capital

IT IS HEREBY ORDERED THAT Mr. Wood shall be on phone standby beginning at 9:30 AM and await the Court's call.
Dated: 12/5/12

IT IS SO ORDERED
AS MODIFIED
Judge Joseph C. Spero