IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REO CAPITAL INVESTMENT AND ASSET MANAGEMENT, INC., <br><br>   Plaintiff, <br><br>   v. <br><br> JULIA MARY SOTELO, et al., <br><br>   Defendants. | No. C 12-5721 CW <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION TO REMAND |

   The Court has reviewed Magistrate Judge Spero's Report and Recommendation Re Motion to Remand.  The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

   IT IS HEREBY ORDERED that the motion for leave to proceed in forma pauperis is DENIED, and the motion to remand is GRANTED.  It is hereby ordered that this case is remanded to the San Joaquin County Superior Court. Defendant is further advised that if this case is removed again, she may be subject to sanctions, including attorneys' fees and costs incurred by the Plaintiff.

Dated: 12/27/2012

CLAUDIA WILKEN
United States District Judge

cc:  MagRef; JCS